UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
APR 28 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.   SUPERSEDING INDICTMENT NO. <u>6:22-CR-0007-S-CHB</u>

**RICKIE D. JOHNSON,
JACKLYN R. JOHNSON,
HAROLD "FUZZY" HALE,
ORVILLE D. ASHER,
DALLAS M. COPE,
HIRAM B. CREECH, JR.,
CYE BRADLEY ROSE,
JOSHUA W. WESTERFIELD and
OAKLEY D. "WHITEY" HATFIELD**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## BACKGROUND

1. At all relevant times, **RICKIE D. JOHNSON** resided in the Eastern District of Kentucky.

2. At all relevant times, **JACKLYN R. JOHNSON** resided in the Eastern District of Kentucky. At various times, **JACKLYN R. JOHNSON** worked for the Laurel County Sheriff's Office.

3. At all relevant times, **HAROLD "FUZZY" HALE** resided in the Eastern District of Kentucky.

4. At all relevant times, **OAKLEY D. "WHITEY" HATFIELD** resided in the Eastern District of Kentucky.

5. At all relevant times, the federal Animal Welfare Act defined "animal fighting venture" as "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(f)(1).

6. At all relevant times, Bald Rock was an animal fighting venture located in Laurel County, in the Eastern District of Kentucky, operated by **RICKIE D. JOHNSON** and **JACKLYN R. JOHNSON**.

7. At all relevant times, the federal Animal Welfare Act prohibited sponsoring or exhibiting an animal in an animal fighting venture. 7 U.S.C. § 2156(a). It further prohibited anyone from possessing, training, selling, buying, transporting, delivering or receiving an animal for purposes of having the animal participate in an animal fighting venture. 7 U.S.C. § 2156(b). Additionally, it prohibited use of an instrumentality of interstate commerce for commercial speech for purposes of advertising an animal for use in an animal fighting venture, or for promoting or furthering an animal fighting venture. 7 U.S.C. § 2156(c).

8. At all relevant times, it was unlawful to attend an animal fighting venture in the Eastern District of Kentucky, or to cause an individual who has not attained the age of 16 to attend an animal fighting venture. 7 U.S.C. § 2156(a)(2).

9. At all relevant times, it was unlawful to participate in animal fighting under Kentucky law. K.R.S. § 525.130.

## COUNT 1
## 18 U.S.C. § 371

10. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

11. Beginning on a date unknown, beginning on or about May 10, 2021, and continuing through on or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### RICKIE D. JOHNSON,
### JACKLYN R. JOHNSON,
### HAROLD "FUZZY" HALE and
### OAKLEY D. "WHITEY" HATFIELD

knowingly and voluntarily conspired with each other, and others, to violate laws of the United States, that is 7 U.S.C. § 2156, to knowingly sponsor and exhibit animals in an animal fighting venture.

### MANNER AND MEANS OF THE CONSPIRACY

12. It was part of the conspiracy that **RICKIE D. JOHNSON** rented property off of Loretta Lane, in Laurel County, from **HAROLD "FUZZY" HALE**, and operated regular animal fighting ventures at that location, referring to the location as Bald Rock Chicken Pit. **HAROLD "FUZZY" HALE** had previously operated an animal fighting venture at the same location, called "Big H's," up until March 2020. **RICKIE D. JOHNSON** had previously assisted with operating an animal fighting venture called C.J.'s Cockfighting Pit, located on New Salem Road, in London, KY. **OAKLEY D. "WHITEY" HATFIELD** assisted **RICKIE D. JOHNSON** and **HAROLD "FUZZY" HALE** in negotiating the rental agreement at Bald Rock.

13. It was part of the conspiracy that **RICKIE D. JOHNSON**, with the assistance of **JACKLYN R. JOHNSON**, sponsored regular animal fighting ventures, namely cock-fights, at Bald Rock. The Bald Rock venue consisted of stadium style seating, storage areas for storing live birds, one central enclosed cock-fighting pit, additional side pits for fights, a concession stand, an area for weighing birds, and a station for sharpening animal fighting instruments.

14. The Defendants also collected admission fees and sold concessions to the individuals who participated in, and attended, the animal fighting ventures.

## OVERT ACTS

15. During the conspiracy, one of more of the co-conspirators committed one or more of the following overt acts, in the Eastern District of Kentucky and elsewhere, in furtherance of the conspiracy and to effect the objects of the conspiracy.

   a. Throughout the conspiracy, **RICKIE D. JOHNSON**, with the assistance of **JACKLYN R. JOHNSON**, operated regular animal fighting ventures at Bald Rock that routinely drew participants from the Eastern District of Kentucky and other states.

   b. At the fights, **RICKIE D. JOHNSON** organized the participants into various fights, cataloging the entry fees, the weight of the roosters, tracking the weapons used on the animals, arranging the fights, and tracking the wins and losses of the various participants.

   c. Throughout the conspiracy, **RICKIE D. JOHNSON** collected admission fees from individuals who participated in the animal

fighting ventures and shared those proceeds with **HAROLD "FUZZY" HALE,** the owner of the property on which Bald Rock was located.

    d. On or about July 10, 2021, **RICKIE D. JOHNSON**, aided and abetted by **JACKLYN R. JOHNSON**, organized and managed an animal fight at Bald Rock, with approximately eighty people in attendance and 47 entries in the fights, and raising approximately $7,000.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### 7 U.S.C. § 2156(a)(1) & (b)

16. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

17. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### ORVILLE D. ASHER

did knowingly attempt to sponsor and exhibit an animal, namely a rooster, in an animal fighting venture, and knowingly possessed an animal for purposes of having the animal participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), all in violation of Title 7, United States Code, Sections 2156(a)(1) and 2156(b).

## COUNT 3
## 7 U.S.C. § 2156(a)(1) & (b)

18. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

19. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### DALLAS M. COPE

did knowingly attempt to sponsor and exhibit an animal, namely a rooster, in an animal fighting venture, and knowingly possessed an animal for purposes of having the animal participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), all in violation of Title 7, United States Code, Sections 2156(a)(1) and 2156(b).

## COUNT 4
## 7 U.S.C. § 2156(a)(1) & (b)

20. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

21. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### HIRAM B. CREECH, JR.

did knowingly attempt to sponsor and exhibit an animal, namely a rooster, in an animal fighting venture, and knowingly possessed an animal for purposes of having the animal participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), all in violation of Title 7, United States Code, Sections 2156(a)(1)

and 2156(b).

## COUNT 5
## 7 U.S.C. § 2156(a)(1) & (b)

22. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

23. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### CYE BRADLEY ROSE

did knowingly attempt to sponsor and exhibit an animal, namely a rooster, in an animal fighting venture, and knowingly possessed an animal for purposes of having the animal participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), in violation of Title 7, United States Code, Sections 2156(a)(1) and 2156(b).

## COUNT 6
## 7 U.S.C. § 2156(a)(1) & (b)

24. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

25. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### JOSHUA W. WESTERFIELD

did knowingly attempt to sponsor and exhibit an animal, namely a rooster, in an animal fighting venture, and knowingly possessed an animal for purposes of having the animal participate in an animal fighting venture, as defined in Title 7, United States Code,

Section 2156(f)(1), all in violation of Title 7, United States Code, Sections 2156(a)(1) and 2156(b).

## COUNT 7
### 7 U.S.C. § 2156(a)(2)(A)

26. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

27. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**JACKLYN R. JOHNSON**

did knowingly attend an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), all in violation of Title 7, United States Code, Section 2156(a)(2)(A).

## COUNT 8
### 7 U.S.C. § 2156(a)(2)(A)

28. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

29. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**ORVILLE D. ASHER**

did knowingly attend an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), all in violation of Title 7, United States Code, Section 2156(a)(2)(A).

## COUNT 9
## 7 U.S.C. § 2156(a)(2)(A)

30. The Background of this Indictment is re-alleged and incorporated by reference as if set forth fully herein.

31. On or about July 10, 2021, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### OAKLEY D. "WHITEY" HATFIELD

did knowingly attend an animal fighting venture, as defined in Title 7, United States Code, Section 2156(f)(1), all in violation of Title 7, United States Code, Section 2156(a)(2)(A).

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNTS 1-6:** Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNTS 7-9:** Not more than 1 year imprisonment, $100,000 fine, and 1 year supervised release.

**PLUS:** Mandatory special assessment of $100 per count for a felony offense and a mandatory special assessment of $25 for a misdemeanor.

**PLUS:** Restitution, if applicable.